No. 142. GENERAL AGGREGATES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Walter Powers* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *L. W. Post* for respondent.

No. 144. RABIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Richard E. Gorman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 146. NICKERSON *v.* BEARFOOT SOLE Co., INC., ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Everett R. Hamilton* for respondents.

No. 147. PORTNOY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 148. OWENS GENERATOR Co., INC., ET AL. *v.* H. J. HEINZ Co. C. A. 9th Cir. Certiorari denied. *Carl Hoppe* for petitioners. *Moses Lasky* for respondent.

No. 149. LEE ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. Court of Appeals of Kentucky. Certiorari denied. *Blakey Helm* for petitioners. *Joseph E. Stopher, A. J. Deindoerfer, H. G. Breetz, W. L. Grubbs, M. D. Jones* and *Joseph L. Lenihan* for respondent Louisville & Nashville Railroad Co.; *Richard R. Lyman* and *Robert E. Hogan* for respondents other than the railroad company.